IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**JAYLEN DALAINO BELL,**

    **Petitioner**,

                            Case No.   2:24-cv-00233

v.

**UNITED STATES OF AMERICA,
JACKSON COUNTY OF RIPLEY, WEST VIRGINIA,**

    **Respondents.**

**<u>MEMORANDUM OPINION and ORDER
SEALING DOCUMENTS</u>**

    Petitioner has filed documentation in support of his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (ECF No. 1). The Court notes that some of the attached exhibits contain Petitioner's protected health information and other confidential personal information. Due to the nature of the information contained in the exhibits, the Court **ORDERS** ECF Nos. 1-1, 1-2, and 1-3 be sealed.

    The undersigned is cognizant of the well-established Fourth Circuit precedent recognizing a presumption in favor of public access to judicial records. *Ashcraft v. Conoco, Inc.,* 218 F.3d 288 (4th Cir. 2000). As stated in *Ashcraft,* before sealing a document, the Court must follow a three step process: (1) provide public notice of the request to seal; (2) consider less drastic alternatives to sealing the document; and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting alternatives. *Id*. at 302. In this case, the Exhibits shall be sealed and will be  designated as sealed on the Court's docket. The Court deems this sufficient notice to

interested members of the public. The Court has considered less drastic alternatives to sealing ECF Nos. 1-1, 1-2, and 1-3 but in view of the nature of the information contained in the documents—which is information generally protected from public release—alternatives to wholesale sealing are not feasible at this time. Accordingly the Court finds that sealing the exhibits does not unduly prejudice the public's right to access court documents. To the extent portions of the sealed documents become key to a resolution of the § 2241 Petition in this case, the Court will revisit this Order Sealing Exhibits.

**Petitioner is advised** that any future filings made with the Court, which contain protected personal information, should be properly redacted in accordance with Fed. R. Civ. P. 5.2.

The Clerk is instructed to provide a copy of this Order to the Petitioner.

**ENTERED**: May 7, 2024

Cheryl A. Eifert
United States Magistrate Judge